■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD COTTINGHAM, Appellant. — Judgment, Supreme Court, New York County (G. Roberts, J.), rendered on March 13, 1980, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Sandler, J. P., Sullivan, Carro, Markewich and Fein, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, v DONDI YOUNG. — Motion to withdraw appeal denied, with leave to renew upon the affidavit of appellant evincing a desire to withdraw the appeal. If appellant fails to do so, counsel is directed to submit application for withdrawal herefrom in accordance with *People v Saunders* (52 AD2d 833) and *Anders v California* (386 US 738). Concur — Murphy, P. J., Carro, Markewich and Silverman, JJ.

■ In the Matter of ROBERT S. GROBAN, an Attorney. — Motion granted insofar as to direct respondent to show cause why a formal order of suspension, censure or removal from office should not be made and pending final determination of the petition, suspending respondent from practice as an attorney. Concur — Kupferman, J. P., Sandler, Sullivan, Ross and Carro, JJ.

## (October 27, 1981)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLAUDE TALLEY, True Name EMORY RICARDO TALLEY, Appellant. — Judgment, Supreme Court, New York County (G. Roberts, J.), rendered on August 22, 1980, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Murphy, P. J., Birns, Ross, Lupiano and Silverman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BESSIE NICHOLAS, Appellant. — Judgment, Supreme Court, New York County (G. Roberts, J.), rendered on January 28, 1981, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Murphy, P. J., Birns, Ross, Lupiano and Silverman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWIN AGOSTO, Appellant. — Judgment, Supreme Court, New York County (Dontzin, J.), rendered on December 15, 1978, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Kupferman, J. P., Sullivan, Silverman, Bloom and Fein, JJ., concur.